**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-38701-ERW |
| | § | |
| LUIS R PAGAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $17,821.05 | Assets Exempt: | $18,194.66 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $8,977.48 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,855.10 | | |

3)   Total gross receipts of $13,273.77  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,441.19 (see **Exhibit 2),** yielded net receipts of $10,832.58 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $36,145.40 | $18,199.20 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,855.10 | $1,855.10 | $1,855.10 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $48,682.00 | $34,696.09 | $34,696.09 | $8,977.48 |
| **Total Disbursements** | $84,827.40 | $54,750.39 | $36,551.19 | $10,832.58 |

4). This case was originally filed under chapter 13 on 10/16/2009. The case was converted to one under Chapter 7 on 01/14/2011. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/02/2012            By:  /s/ David P. Leibowitz
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Anticipated tax refund for 2010 ($2,000.00 ro $4,000.00) | 1129-000 | $4,689.00 |
| Back Pay for union Contract | 1129-000 | $8,584.05 |
| Interest Earned | 1270-000 | $0.72 |
| **TOTAL GROSS RECEIPTS** | | **$13,273.77** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Luis R. Pagan | Exemptions | 8100-002 | $2,441.19 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,441.19** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | CAPITAL ONE AUTO FINANCE | 4110-000 | $18,650.00 | $18,199.20 | $0.00 | $0.00 |
| | West Gate Resorts | 4110-000 | $17,495.40 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$36,145.40** | **$18,199.20** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,833.26 | $1,833.26 | $1,833.26 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.24 | $3.24 | $3.24 |
| Green Bank | 2600-000 | NA | $18.60 | $18.60 | $18.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,855.10** | **$1,855.10** | **$1,855.10** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IL Dept of Healthcare and Family | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Ildptpubaid | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Priscilla Arocho | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CITIFINANCIAL AUTO CORPORATION | 7100-000 | $0.00 | $4,362.72 | $4,362.72 | $1,128.84 |
| 2 | Household Receivable Acquisition Corp II | 7100-000 | $3,075.00 | $3,179.50 | $3,179.50 | $822.68 |
| 3 | Rogers & Hollands Jewelers | 7100-000 | $5,004.00 | $4,759.04 | $4,759.04 | $1,231.38 |
| 5 | Rangel, Rangel and Assoc | 7100-000 | $6,500.00 | $6,500.00 | $6,500.00 | $1,681.85 |
| 6 | CANDICA L.L.C. | 7100-000 | $8,012.00 | $8,012.28 | $8,012.28 | $2,073.15 |
| 7 | Candica LLC | 7100-000 | $7,079.00 | $7,882.55 | $7,882.55 | $2,039.58 |
| | Chase | 7100-000 | $3,451.00 | NA | NA | $0.00 |
| | Credit Protection Asso | 7100-000 | $133.00 | NA | NA | $0.00 |
| | Gtwy/cbusa | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Mandas Law Offices | 7100-000 | $1,000.00 | NA | NA | $0.00 |
| | Mcdf/cbsd | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Providian | 7100-000 | $14,156.00 | NA | NA | $0.00 |
| | Shell Oil / Citibank | 7100-000 | $272.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $48,682.00 | $34,696.09 | $34,696.09 | $8,977.48 |

**UST Form 101-7-TDR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 09-38701-ERW | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | PAGAN, LUIS R | Date Filed (f) or Converted (c): | 01/14/2011 (c) |
| For the Period Ending: | 8/2/2012 | §341(a) Meeting Date: | 02/15/2011 |
| | | Claims Bar Date: | 06/01/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Checking account with Chase Bank | $248.00 | $0.00 | DA | $0.00 | FA |
| 2  Joint Checking Account with son | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 3  Miscellaneous used household goods | $800.00 | $0.00 | DA | $0.00 | FA |
| 4  Personal Used Clothing | $250.00 | $0.00 | DA | $0.00 | FA |
| 5  Employer - Term Life Insurance - no cash surrender value | $0.00 | $0.00 | DA | $0.00 | FA |
| 6  457 Plan through Employer - 100% exempt | $13,944.66 | $0.00 | DA | $0.00 | FA |
| 7  Anticipated tax refund for 2010 ($2,000.00 ro $4,000.00) | $4,689.00 | $4,689.00 | DA | $4,689.00 | FA |
| 8  2004 Chrysler Pacifica, 35,000 miles | $6,000.00 | $0.00 | OA | $0.00 | FA |
| 9  Back Pay for union Contract | $8,584.05 | $7,132.05 | DA | $8,584.05 | FA |
| INT  Interest Earned                (u) | Unknown | Unknown | DA | $0.72 | Unknown |

**TOTALS (Excluding unknown value)**                                                            **Gross Value of Remaining Assets**

$36,015.71          $11,821.05                              $13,273.77          $0.00

**Major Activities affecting case closing:**
TFR completed
TFR FILED

| | | |
| --- | --- | --- |
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-38701-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PAGAN, LUIS R | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2796 | | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/16/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/2/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $10,832.58 | | $10,832.58 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.38 | $10,829.20 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $15.22 | $10,813.98 |
| 03/15/2012 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.24 | $10,810.74 |
| 03/15/2012 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,833.26 | $8,977.48 |
| 03/15/2012 | 5003 | CITIFINANCIAL AUTO CORPORATION | Claim #: 1; Amount Claimed: 4,362.72; Amount Allowed: 4,362.72; Distribution Dividend: 25.87; | 7100-000 | | $1,128.84 | $7,848.64 |
| 03/15/2012 | 5004 | Household Receivable Acquisition Corp II | Claim #: 2; Amount Claimed: 3,179.50; Amount Allowed: 3,179.50; Distribution Dividend: 25.87; | 7100-000 | | $822.68 | $7,025.96 |
| 03/15/2012 | 5005 | Rogers & Hollands Jewelers | Claim #: 3; Amount Claimed: 4,759.04; Amount Allowed: 4,759.04; Distribution Dividend: 25.87; | 7100-000 | | $1,231.38 | $5,794.58 |
| 03/15/2012 | 5006 | Rangel, Rangel and Assoc | Claim #: 5; Amount Claimed: 6,500.00; Amount Allowed: 6,500.00; Distribution Dividend: 25.87; | 7100-000 | | $1,681.85 | $4,112.73 |
| 03/15/2012 | 5007 | CANDICA L.L.C. | Claim #: 6; Amount Claimed: 8,012.28; Amount Allowed: 8,012.28; Distribution Dividend: 25.87; | 7100-000 | | $2,073.15 | $2,039.58 |
| 03/15/2012 | 5008 | Candica LLC | Claim #: 7; Amount Claimed: 7,882.55; Amount Allowed: 7,882.55; Distribution Dividend: 25.87; | 7100-000 | | $2,039.58 | $0.00 |
| | | | **TOTALS:** | | $10,832.58 | $10,832.58 | $0.00 |
| | | | Less: Bank transfers/CDs | | $10,832.58 | $0.00 | |
| | | | Subtotal | | $0.00 | $10,832.58 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $10,832.58 | |

| For the period of 10/16/2009 to 8/2/2012 | | For the entire history of the account between 06/29/2011 to 8/2/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $10,832.58 | Total Internal/Transfer Receipts: | $10,832.58 |
| | | | |
| Total Compensable Disbursements: | $10,832.58 | Total Compensable Disbursements: | $10,832.58 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,832.58 | Total Comp/Non Comp Disbursements: | $10,832.58 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-38701-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PAGAN, LUIS R | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2796 | Money Market Acct #: | ******8701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/2/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/16/2011 | (7) | United States Treasury | | 1129-000 | $4,689.00 | | $4,689.00 |
| 05/16/2011 | (9) | City of Chicago to The Treasurer of the City of Ch | | 1129-000 | $8,584.05 | | $13,273.05 |
| 05/23/2011 | 1001 | Luis R. Pagan | Exemptions and entitled portion of tax refund. | 8100-002 | | $2,441.19 | $10,831.86 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.26 | | $10,832.12 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.46 | | $10,832.58 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $10,832.58 | $0.00 |
| | | | TOTALS: | | $13,273.77 | $13,273.77 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $10,832.58 | |
| | | | Subtotal | | $13,273.77 | $2,441.19 | |
| | | | Less: Payments to debtors | | $0.00 | $2,441.19 | |
| | | | Net | | $13,273.77 | $0.00 | |

| For the period of 10/16/2009 to 8/2/2012 | | For the entire history of the account between 05/16/2011 to 8/2/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,273.77 | Total Compensable Receipts: | $13,273.77 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,273.77 | Total Comp/Non Comp Receipts: | $13,273.77 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,441.19 | Total Non-Compensable Disbursements: | $2,441.19 |
| Total Comp/Non Comp Disbursements: | $2,441.19 | Total Comp/Non Comp Disbursements: | $2,441.19 |
| Total Internal/Transfer Disbursements: | $10,832.58 | Total Internal/Transfer Disbursements: | $10,832.58 |

Page No: 3
Case 09-38701  Doc 51  Filed 08/03/12  Entered 08/03/12 10:27:19  Desc Main
Document  Page 8 of 8
Exhibit 9
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-38701-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PAGAN, LUIS R | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2796 | Money Market Acct #: | ******8701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/2/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $13,273.77 | $13,273.77 | $0.00 |

**For the period of 10/16/2009 to 8/2/2012**

| | |
|---|---|
| Total Compensable Receipts: | $13,273.77 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,273.77 |
| Total Internal/Transfer Receipts: | $10,832.58 |
| | |
| Total Compensable Disbursements: | $10,832.58 |
| Total Non-Compensable Disbursements: | $2,441.19 |
| Total Comp/Non Comp Disbursements: | $13,273.77 |
| Total Internal/Transfer Disbursements: | $10,832.58 |

**For the entire history of the case between 01/14/2011 to 8/2/2012**

| | |
|---|---|
| Total Compensable Receipts: | $13,273.77 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,273.77 |
| Total Internal/Transfer Receipts: | $10,832.58 |
| | |
| Total Compensable Disbursements: | $10,832.58 |
| Total Non-Compensable Disbursements: | $2,441.19 |
| Total Comp/Non Comp Disbursements: | $13,273.77 |
| Total Internal/Transfer Disbursements: | $10,832.58 |